IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:23-mj-236 |
| | ) | |
| NASEEM ISAIAH ROULACK, | ) | |
| | ) | |
| Defendant. | ) | |

<u>AFFIDAVIT IN SUPPORT OF A</u>

<u>CRIMINAL COMPLAINT AND ARREST W]ARRANT</u>

I, Timothy Alley, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Deputy United States Marshal, and currently assigned to the Eastern District of Virginia and detailed to the Capital Area Regional Fugitive Task Force (CARFTF). I have been a Deputy United States Marshal (DUSM) since April 2009. As a DUSM I am authorized to investigate violations of the laws of the United States, and I have been involved with several criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. See 28 U.S.C. § 566 (d).

2. As a DUSM, I have investigated and assisted in the investigation of violations of federal law involving failing to register as a sex offender, possession of a firearm by prohibited persons and escape. In the course of conducting these investigations, I have used many different investigative techniques, including: interviewing and serving as the handler for informants and cooperating sources; conducting physical surveillance; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen registers, caller identification data, social media communication records, as well as other information stored within cellular telephones and social media accounts; conducting court-authorized electronic surveillance including the use of cellular phone technology, cellular towers, and the analysis of historical cellular phone records for the purpose of determining the approximate location from which a phone was used at the particular time or range of times. I am a certified TASER instructor and have received many hours of tactical instruction in regard to breaching and clearing, tactical entries, vehicle maneuvers and basic first aid. I have assisted federal, state and local partners on hundreds of arrest endeavors, within the Eastern District of Virginia and within other judicial districts.

3. The facts in this affidavit come from personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. All observations not personally made by me were relayed to me by individuals who made them or are based on my review of reports, documents, and other evidence obtained during the course of the investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience, I know that it is a violation of Title 18, United States Code, Section 922(g)(1) who has been convicted in any court of, a crime punishable by

imprisonment for a term exceeding one year and Section 922(g)(2) who is a fugitive from justice; I submit this affidavit in support of a criminal complaint and arrest warrant charging Naseem Isaiah Roulack (hereinafter "ROULACK") with possession of a firearm and ammunition by a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and (2).

## PROBABLE CAUSE

5. Your affiant ran criminal history checks for ROULACK, which show that ROULACK has been convicted of three separate felonies in the Commonwealth of Virginia.

   a. On May 19, 2021, ROUCLAK was found guilty of FELONY ROBBERY in violation of Virginia Code 18.2-58, in case 1216-F9 OTN:153JM2100015194 ROBBERY: STREET WITH FIREARM in Prince William County and subsequently sentenced to a term of incarceration exceeding a year.

   b. On November 3, 2022, ROULACK was found guilty of a violation of Virginia Code 18.2-51.2 in case ASL-1336-F2 CCN:153CR2100153200, FELONY ASSAULT: MALICIOUS, VICTIM SEVERELY INJURED in Prince William County and subsequently sentenced to a term of incarceration exceeding a year.

   c. On November 3, 2022, ROULACK was found guilty of a violation of Virginia Code 46.2-894, case HIT-6604-F5 CCN:153CR2100169600 Felony HIT & RUN: ATTENDED PROPERTY DAMAGE; $1000 and subsequently sentenced to a term of incarceration exceeding a year.

   d. At the time of his apprehension, he was a fugitive from justice. Your affiant photographed ROULACK on the scene and is included below for reference.



6. On or about October 25th, 2023, in Fairfax County, VA within the Eastern District of Virginia, ROULACK was encountered by the United States Marshals, Fairfax Police, ICE agents and other Task Force Officers (TFO's) at room 322 inside the Best Western Springfield, 6721 Commerce St. Springfield, VA 22150, during an attempted warrant service.

7. DUSM's and TFO's knocked and announced themselves as "POLICE WITH AN ARREST WARRANT" at room 322. After a brief period, a man's voice was heard coming from the room asking, "who is it?" At nearly the next instant, the Deputy Commander of the Capital Area Regional Fugitive Task Force (CARFTF) Patrick Brennan, called over the radio that ROULACK broke out the window of room 322 and jumped out of the window carrying a rifle. A picture of the broken window has been included below for reference.



8.     ROULACK landed on the ground below the window he had just broken and began to run.  At the spot where ROULACK hit the ground the rifle he was seen jumping with from the window was found.  A picture of the rifle as it laid when discovered, is included below.



9.     This rifle is a Spikes Tactical .762 caliber Snowflake rifle, and was listed in the National Criminal Information Center (NCIC) as stolen from Petersburg, VA.  The NCIC report is listed below for reference.



10. Spikes Tactical weapons are American made and assembled in Florida. Therefore, it can be concluded that this weapon was not manufactured in Virginia but that it moved interstate from Florida to the Eastern District of Virginia.

11. On 10/25/2023 Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Jesse Adams initiated an ATF trace on the weapon that was located at the scene.

12. On October 30, 2023, an ATF trace was received and confirmed that the weapon was purchased legally in Hopewell, VA by Justin Richardson. The trace is included below for reference.



13. ROULACK ran from the spot he landed through the parking lot of the Best Western and was taken into custody inside the intersection at Commerce St. and Bowie Dr. Springfield, VA, roughly 100 yards away from where he landed.

14. Emergency personnel were called and ROULACK was transported via ambulance to Fairfax iNova at 5500 Gallows Rd. Falls Church, VA. DUSM's and TFO's accompanied the ambulance to the hospital. ROULACK suffered injuries to his upper body to include his hands.

15. Fairfax Det. Michael Burgoyne took the rifle, removed the magazine and made safe; the firearm then took that rifle to the Fairfax County Police evidence holding. Fairfax Police will be conducting NIBIN testing on the rifle on a future date.

## Conclusion

16.     Based upon the foregoing, I believe that there is probable cause to believe that on or about October 25, 2023, in Fairfax County, Virginia, in the Eastern District of Virginia, NASEEM ISAIAH ROULACK, did possess a firearm and ammunition as a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and (2).

*Timothy Alley*
_____
Timothy Alley
Deputy United States Marshal

Sworn to and subscribed before me in accordance with Fed. R. Crim. P. 4. 1 by telephone on November 8, 2023.

Lindsey Vaala
Digitally signed by Lindsey Vaala
Date: 2023.11.08 12:38:43 -05'00'
_____
Hon. Lindsey R. Vaala
UNITED STATES MAGISTRATE JUDGE